UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS, ) | CV F 05 0236 REC LJO HC |
|         Petitioner, ) | ORDER VACATING ORDER TO SHOW |
| ) | CAUSE ISSUED ON MARCH 25, 2005 |
|   v. ) | |
| ) | [Doc. #7] |
| JAMES YATES, ) | |
|         Respondent. ) | |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On March 25, 2005, this Court issued an order directing Petitioner to show cause why the petition should not be dismissed for failure to exhaust state remedies. On April 13, 2005, Petitioner filed a response to the order to show cause. From the response, it appears that Petitioner has exhausted his state remedies.

    Accordingly, the March 25, 2005, Order to Show Cause is HEREBY VACATED.

IT IS SO ORDERED.

**Dated:   April 21, 2005**               **/s/ Lawrence J. O'Neill**
b9ed48                                    UNITED STATES MAGISTRATE JUDGE