# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SAUNDERS,<br><br>  Petitioner,<br><br>  v.<br><br>JAMES YATES,<br><br>  Respondent. | 1:05-CV-0236 REC LJO HC<br><br>ORDER VACATING AUGUST 8, 2005, FINDINGS AND RECOMMENDATION THAT HAD RECOMMENDED THE PETITION BE DISMISSED<br>[Doc. #13]<br><br>ORDER DIRECTING CLERK OF COURT TO RE-SERVE ORDER OF JUNE 15, 2005<br>[Doc. #12]<br><br>ORDER GRANTING EXTENSION OF TIME |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On August 8, 2005, the undersigned issued a Findings and Recommendation that recommended the petition be dismissed for Petitioner's failure to comply with a court order. The Court found that Petitioner had failed to file an amended petition in compliance with the Court's orders of April 21, 2005, and June 15, 2005. On August 29, 2005, Petitioner filed objections to the Findings and Recommendation. Petitioner states he did not receive the Court's order of June 15, 2005. In support of his contention, he submits a copy of his prison mail log which shows that he did not receive any mail from this Court between June 15, 2005, and July 12, 2005. Further, he states

1  that the mail he received from this Court on July 12, 2005, was not the order of June 15, 2005.  The
2  Court finds Petitioner has shown good cause to vacate the Findings and Recommendation.
3      Accordingly, the Court hereby VACATES the Findings and Recommendation of August 8,
4  2005. The Clerk of Court is DIRECTED to re-serve the order of June 15, 2005, on Petitioner along
5  with this order.  Petitioner is GRANTED thirty (30) days from the date of service of this order to file
6  an amended petition in compliance with the orders of April 21, 2005, and June 15, 2005.
7  IT IS SO ORDERED.
8  **Dated:     September 14, 2005**            **/s/ Lawrence J. O'Neill**
   b9ed48                         UNITED STATES MAGISTRATE JUDGE