UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON SAUNDERS, | ) | 1:05-CV-0236 REC LJO HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #16] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| JAMES YATES, | ) | OF HABEAS CORPUS |
| | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondent. | ) | TO ENTER JUDGMENT |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 10, 2005, the Magistrate Judge issued a Findings and Recommendation that recommended the petition for writ of habeas corpus be DISMISSED for failure to state a claim with sufficient specificity and for failure to comply with Rule 2(c)(4) of the Rules Governing Section 2254 Cases. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

*novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.  Petitioner was given several opportunities to cure the defects in his petition by filing an amended petition, but he failed to do so.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued November 10, 2005, is ADOPTED IN FULL;

2. The petition for writ of habeas corpus is DISMISSED without prejudice; and

3. The Clerk of the Court is DIRECTED to enter judgment.

IT IS SO ORDERED.

**Dated:   December 29, 2005**           /s/ Robert E. Coyle
668554                                    UNITED STATES DISTRICT JUDGE